UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HASSON MITCHELL**                                                      **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**                              **NO. 20-00470-BAJ-SDJ**

## RULING AND ORDER

Before the Court is **Plaintiff's Motion to Remand (Doc. 2)**, requesting that this action be returned to the 18th Judicial District Court for the Parish of Iberville, State of Louisiana. On February 22, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 20) recommending that Plaintiff's Motion be denied. Plaintiff does not object to the Magistrate Judge's recommendation.

Having carefully considered Plaintiff's Motion, Defendant's opposition, and related filings—including Plaintiff's original Petition for Damages and the underlying state court record—the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 2) is **DENIED**.

Baton Rouge, Louisiana, this 9th day of March, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**